IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARY LAYERN GRIMES,

      Appellant,

v.
                                  Case No.  5D21-918
                                    LT Case No. 2020-30885-FMCI

BOZIDAR GLOBAREVIC,

      Appellee.
_____/

Decision filed May 3, 2022

Appeal from the Circuit Court
for Volusia County,
Steven C. Henderson, Judge.

Michael S. Tuma, of Michael S. Tuma,
P.A., Deland, for Appellant.

Victoria L. Anderson and Michael Ferrin,
of Anderson & Ferrin Attorneys at Law
P.A., Orlando, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and NARDELLA, JJ., concur.